**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                               CASE NO. 07-40225-TLH4
                                                     CHAPTER 13
BOBBIE FAYE BURNS


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

1.  The Trustee has issued check(s) FOR: HIGHWAY 90
HOME CENTER which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits
her check number 392407 in the amount of 27.57 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
>> OFFICE OF THE CHAPTER 13 TRUSTEE
>> POST OFFICE BOX 646
>> TALLAHASSEE, FL 32302
>> ldhecf@earthlink.net
>> (850) 681-2734 "Telephone"
>> (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| BOBBIE FAYE BURNS | HIGHWAY 90 HOME CENTER |
| P O BOX 66 | 254 TALQUIN HIDEAWAY ROAD |
| QUINCY, FL 32353 | QUINCY, FL 32351 |

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
>> OFFICE OF CHAPTER 13 TRUSTEE

5/28/2010  2:45 pm / CR_213