```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         TALLAHASSEE DIVISION
```

IN RE:                                      CASE NO. 07-40225-TLH4
                                            CHAPTER 13
BOBBIE FAYE BURNS

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HOUSEHOLD AUTO FINANCE CORP. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 399727 in the amount of 40.91 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          _____
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
BOBBIE FAYE BURNS              HOUSEHOLD AUTO. FINANCE CORP.
P O BOX 66                     370 17TH STREET, STE. 5000
QUINCY,  FL  32353             DENVER, CO 80202
</pre>

AND

<pre>
THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
9/29/2010  1:01 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
</pre>