UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO. 07-40225-TLH4
                                                    CHAPTER 13
BOBBIE FAYE BURNS

               Debtor(s)              /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HOUSEHOLD AUTO FINANCE CORP. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401524 in the amount of 40.90 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                    OFFICE OF THE CHAPTER 13 TRUSTEE
                    POST OFFICE BOX 646
                    TALLAHASSEE, FL 32302
                    ldhecf@earthlink.net
                    (850) 681-2734 "Telephone"
                    (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
BOBBIE FAYE BURNS              HOUSEHOLD AUTO. FINANCE CORP.
P O BOX 66                     370 17TH STREET, STE. 5000
QUINCY,  FL  32353             DENVER, CO 80202
```

AND

```
THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
10/28/2010  2:41 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```