**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE: CASE NO. 07-40225-TLH4
CHAPTER 13

BOBBIE FAYE BURNS

Debtor(s) /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HOUSEHOLD AUTO FINANCE CORP. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 406843 in the amount of 62.67 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

BOBBIE FAYE BURNS
P O BOX 66
QUINCY, FL 32353

HOUSEHOLD AUTO. FINANCE CORP.
370 17TH STREET, STE. 5000
DENVER, CO 80202

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/28/2011 11:31 am / CR_213