**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                CASE NO. 07-40225-TLH4
                                                      CHAPTER 13
BOBBIE FAYE BURNS

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.   The Trustee has issued check(s) FOR: HIGHWAY 90 HOME CENTER which remains outstanding and uncleared.

   2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410397 in the amount of 30.78 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF THE CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| BOBBIE FAYE BURNS | HIGHWAY 90 HOME CENTER |
| P O BOX 66 | 254 TALQUIN HIDEAWAY ROAD |
| QUINCY,  FL  32353 | QUINCY, FL 32351 |

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF CHAPTER 13 TRUSTEE

3/31/2011 12:53 pm / CR_213