```
               UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF FLORIDA
                    TALLAHASSEE DIVISION
```

IN RE:                                CASE NO. 07-40225-TLH4
                                      CHAPTER 13
BOBBIE FAYE BURNS

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HOUSEHOLD AUTO FINANCE CORP. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417450 in the amount of 64.06 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF THE CHAPTER 13 TRUSTEE
> POST OFFICE BOX 646
> TALLAHASSEE, FL 32302
> ldhecf@earthlink.net
> (850) 681-2734 "Telephone"
> (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| BOBBIE FAYE BURNS<br>P O BOX 66<br>QUINCY, FL 32353 | HOUSEHOLD AUTO. FINANCE CORP.<br>370 17TH STREET, STE. 5000<br>DENVER, CO 80202 |

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
> OFFICE OF CHAPTER 13 TRUSTEE

7/28/2011  2:10 pm / CR_213